# U.S. District Court
## Southern District of Georgia (Augusta)
## CRIMINAL DOCKET FOR CASE #: <u>1:20−mj−00019−BKE</u>−1

Case title: USA v. Oluwabusi                     Date Filed: 04/28/2020

Assigned to: Magistrate Judge
Brian K. Epps

**Defendant (1)**

**Oludare Oluwabusi**          represented by   **Charles Henry S. Lyons , III**
                                               The Law Office of Charles H.S. Lyons, III
                                               336 Telfair St.
                                               Augusta, GA 30901−2450
                                               706−724−6517
                                               Fax: 706−724−9954
                                               Email: <u>charleslyonslawoffice@comcast.net</u>
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Retained*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Opening)** | |
| None | |
| **Terminated Counts** | **Disposition** |
| None | |
| **Highest Offense Level (Terminated)** | |
| None | |
| **Complaints** | **Disposition** |
| 18 U.S.C. § 2252(a)(5)(B) Sexual Exploitation of Children − possession of child pornography | |

**Plaintiff**

**USA**                                      represented by   **Tara M. Lyons**
U.S. Attorney's Office, SDGA
600 James Brown Blvd, Suite 200
Augusta, GA 30901
706−724−0517
Fax: 706−724−7728
Email: tara.lyons@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/28/2020 | 1 | | COMPLAINT as to Oludare Oluwabusi (1). (Attachment: # 1 Affidavit) (jlh) (Entered: 04/29/2020) |
| 04/29/2020 | 3 | | NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Initial Appearance − Complaint set for 4/29/2020 at 11:30 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. Counsel will receive dial in instructions by email. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234.(cjc) (Entered: 04/29/2020) |
| 04/29/2020 | 4 | | Pretrial Services Report as to Oludare Oluwabusi. This report is provided for the purpose of BAIL DETERMINATION ONLY and shall otherwise be confidential pursuant to: 18 USC Section 3153(c)(1). as to Oludare Oluwabusi (BDS) (Entered: 04/29/2020) |
| 04/29/2020 | 5 | | ORDER FOR HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Upon consent of Defendant, the Court will hold the Initial Appearance hearing via electronic means. Signed by Magistrate Judge Brian K. Epps on 04/29/2020. (Attachment: # 1 Defendant's Statement Form.) (jlh) (Entered: 04/29/2020) |
| 04/29/2020 | 6 | | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Initial Appearance − Complaint as to Oludare Oluwabusi held by electronic means on 4/29/2020. Defendant consents to appear via electronic means. Defendant requests court appointed counsel and will complete and return to the Court the necessary document. Defendant remanded to custody of USMS pending further proceedings. (Court Reporter FTR.) (cjc) (Entered: 04/29/2020) |
| 04/30/2020 | 7 | | DEFENDANT'S STATEMENT regarding appearance via Electronic Means by Oludare Oluwabusi. Defendant consents to appearing via electronic means for the Initial Appearance hearing. (jlh) (Entered: 04/30/2020) |
| 05/01/2020 | 8 | | NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Ex Parte Hearing set for 5/4/2020 at 11:30 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. (cjc) (Entered: 05/01/2020) |
| 05/04/2020 | 9 | | NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Status Conference set for 5/4/2020 11:30 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234(cjc) (Entered: 05/04/2020) |

| 05/04/2020 | 10 | | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Status Conference by electronic means as to Oludare Oluwabusi held on 5/4/2020. Attorney Charles Lyons has been retained to represent defendant. Detention hearing to be scheduled for May 5, 2020, time to be determined. (Court Reporter FTR.) (cjc) (Entered: 05/04/2020) |
|---|---|---|---|
| 05/04/2020 | 11 | | NOTICE OF ATTORNEY APPEARANCE: appearing for Oludare Oluwabusi (Lyons, Charles) (Entered: 05/04/2020) |
| 05/04/2020 | 12 | | NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Detention Hearing set for 5/7/2020 at 10:00 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. Counsel will receive dial in instructions by email. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234.(cjc) (Entered: 05/04/2020) |
| 05/04/2020 | 13 | | NOTICE TO RETAINED COUNSEL Charles Henry S. Lyons, III as to Oludare Oluwabusi. (jlh) (Entered: 05/04/2020) |
| 05/06/2020 | 18 | | MOTION to Continue *Detention Hearing* by Charles Henry S. Lyons, III as to Oludare Oluwabusi. Responses due by 5/20/2020. (Lyons, Charles) (Entered: 05/06/2020) |
| 05/06/2020 | | | MOTION as to Oludare Oluwabusi REFERRED to Magistrate Judge: 18 MOTION to Continue *Detention Hearing*. (jlh) (Entered: 05/06/2020) |
| 05/06/2020 | 19 | | TEXT ORDER: For good cause shown, the Court GRANTS Defendant's 18 Motion to Continue and Reset Hearing. The detention hearing shall occur on May 15, 2020 at 10:00 a.m. Signed by Magistrate Judge Brian K. Epps on 5/6/2020. (cjc) (Entered: 05/06/2020) |
| 05/07/2020 | | | Set/Reset Hearings as to Oludare Oluwabusi: Detention Hearing by electronic means originally set for 5/7/2020 at 10:00 AM has been RESCHEDULED for 5/15/2020 at 10:00 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. Counsel will receive dial in instructions by email. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234. (cjc) (Entered: 05/07/2020) |
| 05/15/2020 | 20 | | Minute Entry for proceedings held before Magistrate Judge Brian K. Epps: Detention Hearing as to Oludare Oluwabusi held on 5/15/2020. Defendant detained pending trial and remanded to custody of USMS. Defendant waives preliminary hearing. (Court Reporter FTR.) (cjc) (Entered: 05/15/2020) |
| 05/15/2020 | 21 | | WITNESS LIST by USA as to Oludare Oluwabusi. (cjc) (Entered: 05/15/2020) |
| 05/15/2020 | 22 | | WITNESS LIST by Oludare Oluwabusi. (cjc) (Entered: 05/15/2020) |
| 05/15/2020 | 23 | | ORDER OF DETENTION as to Oludare Oluwabusi. Signed by Magistrate Judge Brian K. Epps on 05/15/2020. (jlh) (Entered: 05/15/2020) |
| 05/19/2020 | 24 | | ORDER finding probable cause to have this matter to be considered by the Grand Jury due to Defendant Oludare Oluwabusi's waiver of a preliminary hearing on the Complaint. Signed by Magistrate Judge Brian K. Epps on 05/19/2020. (jlh) Modified on 5/19/2020 (jlh). (Entered: 05/19/2020) |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Southern District of Georgia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Oludare Oluwabusi | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

Case No.

1:20-mj-0019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 28, 2020_____ in the county of _____Columbia_____ in the
_____Southern_____ District of _____Georgia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 2252(a)(5)(B) | Sexual Exploitation of Children- possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Harold D. Godbee, III
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   _____04/28/2020_____

_____
*Judge's signature*

City and state:   _____Augusta, Georgia_____

Honorable Brian K. Epps
_____
*Printed name and title*

4

| Print | Save As... | Attach | Reset |
|---|---|---|---|

# AFFIDAVIT

I, Harold Dennis "Tripp" Godbee, III, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.    **Beginning at a time unknown but at least on or about April 28, 2020, in Columbia County, within the Southern District of Georgia, the defendant,**

**Oludare Oluwabusi,**

**did knowingly possess child pornography as defined in Title 18, United States Code, Section 2252(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct said images having been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.**

**All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).**

2.    I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since May 2016, and I am currently assigned to the Atlanta Division, Augusta Resident Agency.  As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I currently work with a Child Exploitation

1

Task Force, wherein my duties and responsibilities include investigating criminal violations relating to the Sexual Exploitation of Children (SEOC). I have investigated SEOC violations since 2016 and have gained valued experience in these types of investigations through training, classes, and my everyday work. I have applied for and participated in numerous search warrants in investigating violations relating to child exploitation and child pornography, including the receipt, transportation, possession, and distribution of child pornography, in violation of 18 U.S.C. §§2252 and 2252A.

3.     As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.  I know that Title 18, United States Code, Section 2252(a)(4)(B) prohibits a person from possessing images of children engaged in sexually explicit conduct, as defined in 18 U.S.C. section 2256 ("child pornography"), Section 2252(a)(1) prohibits the transportation of child pornography, and 18 U.S.C. Section 2252(a)(2) prohibits the receipt and distribution of child pornography.

4.     Pursuant to Title 18, United States Code Section 2258A, a provider of electronic communication services or remote computing services to the public through a means or facility of interstate commerce, such as the internet, shall report incidents of apparent violations of child exploitation statutes to the CyberTipline of the National Center for Missing and Exploited Children (NCMEC).

Such a report may include the pornographic image(s) and other identifying or descriptive information.

5.      Google Inc., (hereafter Google), is a company that provides technology and services to consumer and business customers, including email services (known as Gmail) and cloud based photo storage services (known as Google Photos).

6.      Google, headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043, submitted CyberTipline Report #636354472 to NCMEC.  NCMEC received the CyberTip on 01-29-2020 06:19:42 UTC.  NCMEC processed the CyberTip on 03-17-2020 17:33:09 UTC. The incident type was:  Child Pornography (possession. Manufacture, and distribution), and the date Google became aware of the reported material is listed as: 01-28-2020 14:58:55 UTC.

a.  Google also uploaded five files in connection with the report.

b.  The ESP reported the suspect as

NAME:  "Bebe Love"

EMAIL ADDRESS:  uluvbebe@gmail.com (Verified)

EMAIL ADDRESS:  uluvbebe@yahoo.com

c. The ESP reported the following information related to the images uploaded:

i)      Filename: report_3700500100085053893

MD5: e26f09e63de2ca7982339e2a234faba6

3

Submittal ID: e1cf46b8e45a204baa5b885ebcf5437d

Original Filename Associated with File:

received_183997385470396.jpeg

Did Reporting ESP view entire contents of uploaded file? No

Did NCMEC view file?  No

ii)   Filename: Google-CT-RPT-537a7a0dd11f74c3b9f349176fabbb6f-

Hot black.mp4

MD5: 884f67869c2b1940269359c68256107c

Submittal ID: 85f4803ac0441f5d7bdb3c48197f828b

Original Filename Associated with File: Hot black.mp4

Did Reporting ESP view entire contents of uploaded file? Yes

Did NCMEC view file?  Yes

iii)   Filename: Google-CT-RPT-

473903d9c67e41113b95b583f7c2b501-2018-11-25-03-

42-05_screenRecording_1.mp4

MD5: a23f0c9db70ad9057c4baf0d2087f886

Submittal ID: 2fd0c652806c2ba25904a018ad9b3c7c

Original Filename Associated with File: 2018-11-25-03-42-

05_screenRecording_1.mp4

Did Reporting ESP view entire contents of uploaded file? No

4

Did NCMEC view file?  No

iv)    Filename: Google-CT-RPT-d4daf121b0d7dc58d96dfed8b6fb586d

MD5: 3c4bde4d2ae7881be793978f2285d7a5

Submittal ID: 3f1e2c8c1da9fac5991b402d29452a4a

Did Reporting ESP view entire contents of uploaded file? Yes

Did NCMEC view file?  Yes

v)    Filename: Google-CT-RPT-eecdb36c679d3e412e7d37039423841a-

18f233e3-dd6f-4be5-a22f-0996178fca49.mp4

MD5: ca353122db278ecd4e910647ce9ba0fd

Submittal ID: ba009c69f43534d17c2c7eedc17a0912

Original Filename Associated with File: 18f233e3-dd6f-4be5-a22f-

0996178fca49.mp4

Did Reporting ESP view entire contents of uploaded file? No

Did NCMEC view file?  No

7.    When the reporting ESP voluntarily reports an IP address for the

"Suspect," NCMEC Systems will geographically resolve the IP address via a

publicly-available online query.  In this case, Google voluntary provided IP

addresses for the "Suspect".  NCMEC was able to conduct a query with the following

results:

5

Geo-Lookup (Suspect)

67.173.203.60        US GA Evans Augusta-Aiken 30809 33.5385/ -82.1408 Comcast

Cable/ Comcast Cable

174.50.107.105       US GA Augusta Augusta- Aiken 30907 33.5218/ -82.0841

Comcast Cable/ Comcast Cable

174.50.107.105       US  GA Augusta Augusta-Aiken 30907 33.5218/ -82.0841

Comcast Cable/ Comcast Cable

75.186.42.23 US OH Fairborn Dayton 45324 39.8026/ -84.0154 Spectrum/ Spectrum

Geo-Lookup (Uploaded Files)

67.173.203.60        US GA Evans Augusta-Aiken 30809 33.5385/ -82.1408 Comcast

Cable/ Comcast Cable

8.      On or about March 27, 2020, a subpoena was served on Comcast Cable

Communications (Comcast) requesting subscriber records relating to IP address

67.173.203.60 on December 17, 2019 at 00:34:59 UTC hours. The subpoena

requested the following information: customer information (e.g., real name, address,

date of birth, gender, phone number, alternate contacts/email address, length of

service); payment information (e.g., account status, credit card number, account

holder information, etc., ); account information (e.g., account holder, authorized

6

users, date account established and closed, originating IP address, all previous/ current IP address assign date and end date, etc.,);  and IP history report.

9.     On April 3, 2020, the below information was received from Comcast.  The response provided the subscriber of IP address 67.173.203.60 on December 17, 2019 at 00:34:59 UTC as:

| | |
|---|---|
| Subscriber Name: | TITILAYO OLUWABUSI |
| Service Address: | 4074 DEWALL STREET |
| | EVANS, GA 30809 |
| Billing Address: | 4074 DEWALL STREET |
| | EVANS, GA 30809 |
| Telephone #: | (937) 912-5862 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8396120030926191 |
| Start of Service: | 07/09/2019 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| Current IP: | See attached as of date of Subpoena |
| IP History: | See attached |
| Email User Ids: | Dareby@comcast.net. |

10.     On April 26th and April 27th, 2020, your Affiant viewed two files provided by the ESP.  The ESP had previously viewed entire contents of these two uploaded files.  Based on my training and experience, your Affiant has determined the images depicted sexually explicit conduct by a minor.

     a.     Filename: Google-CT-RPT-537a7a0dd11f74c3b9f349176fabbb6f-Hot black.mp4

     MD5: 884f67869c2b1940269359c68256107c

7

Submittal ID: 85f4803ac0441f5d7bdb3c48197f828b

Original Filename Associated with File: Hot black.mp4

Did Reporting ESP view entire contents of uploaded file? Yes

DESCRIPTION:  This is a video that is approximately 5 minutes and 01 second. The video depicts a prepubescent female minor, who appears to be African-American, wearing a brown skirt and a white tank top. The child's face is visible to the camera. The child is sitting on a piece of furniture that has heart shapes in various colors. The child exposes her underwear to the camera. The child removes her underwear and exposes her bare vagina to the camera. At approximately 4 minutes and 45 seconds into the video the child says "yes" and provides what this affiant believes to be a phone number. A dog can be heard barking in the background. The child then pulls down her tank top to expose her breasts.

b.      Filename: Google-CT-RPT-d4daf121b0d7dc58d96dfed8b6fb586d

MD5: 3c4bde4d2ae7881be793978f2285d7a5

Submittal ID: 3f1e2c8c1da9fac5991b402d29452a4a

Did Reporting ESP view entire contents of uploaded file? Yes

DESCRIPTION:  This is a video that is approximately 10 seconds.  The video depicts a female minor, who appears to be African-American, wearing a white shirt

8

and pink pants. The child holds up her t-shirt to expose her stomach and places her other hand down her pants onto her pubic region. The child is dancing to a song that is playing in the background.

11.     SA Godbee queried law enforcement databases in order to gather more information about the subscriber address provided by Comcast.  SA Godbee determined Titilayo Oluwabusi, a female with a date of birth of xx-xx-xxx, is associated with address 4074 Dewaal Street, Evans, Georgia 30809.

12.     On April 26, 2020 SA Godbee conducted surveillance on 4074 Dewaal Street, Evans, Georgia.  SA Godbee did not see anyone enter or exit the residence nor did SA Godbee see any vehicles in the driveway.

13.     On April 26, 2020, while conducting surveillance at 4074 Dewaal Street, Evans, Georgia 30809, SA Godbee took photographs of the Subject Premises which is described here and in Attachment A as a beige/tan stone and siding, single family dwelling with "4074" visible on a black mailbox with a white post located near the end of the driveway. A garage with a beige/tan door is attached to the Subject Premises.

14.     On April 27, 2020, the Honorable Brian K. Epps authorized a search warrant for the premises 4074 Dewaal Street, Evans, Georgia 30809.  The search warrant authorized a search for items that constitute the commission of,

9

contraband, the fruits of crime, or instrumentalities of a violation of Title 18, United

States Code, Section 2252A, Possession of Child Pornography

15.     On April 28, 2020, Oludare Oluwabusi admitted the following to your

affiant:

      a.  that he has utilized the email address uluvbebe@gmail.com;

      b.  that he was responsible for downloading the files that the  child

          pornography videos were located within;

      c.  that he downloaded the folder containing the child pornography from a

          "Google Group";

      d.  that he has utilized uluvbebe@yahoo.com; and

      e.  that he utilized samluvboy@yahoo.com which was an email address

          associated with NCMEC cyber tip #15040706 from October 2016.

16.     On April 28, 2020, your affiant conducted a forensic preview of the

computer desktop located in the office located on the bottom floor of the residence.

Your affiant observed approximately 75 videos of child pornography.

      a.  Your affiant seized but has not previewed approximately 8 additional

          devices.

17.     The following is a description of one video found on the desktop

computer:

a. Example #1: female minor being anally penetrated by the penis of an adult male. The minor female is laying on her back with her breasts and her vagina exposed. The adult male inserts his penis into the anus of the minor.

b. Based on your Affiant's experience the minor female appears to be prepubescent.

Respectfully submitted,

Respectfully submitted,

Harold "Tripp" D. Godbee, III
Special Agent
United States Department of Justice
Federal Bureau of Investigation

Subscribed and sworn to me on the 28th day of April, 2020:

HONORABLE BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

11

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Tara M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Magistrate
Judge Brian K. Epps (efile_bke@gas.uscourts.gov)
--Non Case Participants: U.S. Probation Office (chris_ingalls@gas.uscourts.gov,
david_paga@gas.uscourts.gov, marty_bragg@gas.uscourts.gov,
suzanne_mingledorff@gas.uscourts.gov)
--No Notice Sent:

Message-Id:3410321@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi
Content-Type: text/html
```

## U.S. District Court

### Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 4/29/2020 at 9:25 AM EDT and filed on 4/29/2020

**Case Name:**      USA v. Oluwabusi

**Case Number:**      1:20−mj−00019−BKE

**Filer:**

**Document Number:**  3(No document attached)

**Docket Text:**
 **NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Initial Appearance
− Complaint set for 4/29/2020 at 11:30 AM in AUG−MagVTC before Magistrate Judge Brian K.
Epps. Counsel will receive dial in instructions by email. For public access to this hearing,
please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security
code: 1234.(cjc)**

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Tara M. Lyons     tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

Oludare E Oluwabusi, / 113J 1:20-00019M-001

CONFIDENTIAL
**NOT TO BE READ BY AGENTS:** This report is provided for the purpose of **BAIL DETERMINATION ONLY** and shall otherwise be confidential pursuant to: 18 USC § 3153(c)(1).


**FOR COURTROOM USE ONLY**
**RETURN TO PRETRIAL SERVICES OFFICER IMMEDIATELY AFTER HEARING**
**MUST NOT BE TAKEN OUT OF COURTROOM**

## PRETRIAL SERVICES REPORT

| | |
|---|---|
| District/Office<br>Southern District Of Georgia/Augusta | Charge (Title, Section, and Description)<br>**Count 1:** Title 18 U.S.C. § 2252(a)(5)(B) - Sexual exploitation of children-possession of child pornography |
| Judicial Officer<br>Honorable Brian K. Epps<br>United States Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>113J 1:20-00019M-001 | |

## DEFENDANT

| | |
|---|---|
| Name<br>Oluwabusi**,** Oludare E | Employer/School |
| Other Names on Charging Document | |
| Address<br>4074 Dewaal Street<br>Evans, GA 30809 | Employer/School Address |

| At Address Since<br>04/29/2020 | Time in Community of Residence | Monthly Income<br>$0 | Time with Employer/School |
|---|---|---|---|

**DETAINERS:**

**The defendant has no known detainers or active warrants.**

**INTRODUCTION:**

The defendant is scheduled to appear before Your Honor on April 29, 2020, for an initial appearance and arraignment.

The defendant refused to be interviewed outside the presence of counsel.

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed no criminal history for the defendant.

Page 1

PS3 (12/05-Rev. for PACTS 6/11)                                      Oludare E Oluwabusi, / 113J 1:20-00019M-001

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Offense Charged
2. Ties to a Foreign Country

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of Instant Offense
2. History/Charge Involving a Child
3. History/Charge Involving Use of Computer to Facilitate Alleged Offense
4. History/Charge Involving Sex Offense/Abuse
5. Safety Concerns for the Community or a Specific Individual

**RECOMMENDATION:**

There is no condition or combination of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community. Therefore, U.S. Probation respectfully recommends the defendant be detained.

| Pretrial Services Officer<br>Enoch Eller<br>United States Probation Officer | Date<br>4/29/2020 | Time |
|---|---|---|
| Reviewed By<br>Brad C. Chapman<br>Supervisory United States Probation Officer | Date | |

Page 2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA     )
                                 )
      v.                        )         MJ 120-019
                                 )
OLUDARE OLUWABUSI         )

_____

**O R D E R**

_____

This matter is scheduled, or is due to be scheduled, for an initial appearance and advice of rights as well as any arraignment, detention hearing, and/or preliminary hearing.  In response to global spread of the coronavirus disease 2019 (COVID-19) and resulting national emergency, the Honorable J. Randal Hall, Chief Judge, recently authorized the judges of this District to conduct criminal proceedings electronically by video conferencing or telephonic conferencing if video conferencing is not reasonably available.  In Re: The National Emergency Declared on March 13, 2020, 1:20-MC-005, ECF No. 1 (S.D. Ga. Mar. 30, 2020).

If Defendant consents to a hearing by electronic means, the Court will conduct without delay Defendant's initial appearance and advice of rights, as well as any arraignment, detention hearing, and/or preliminary hearing.  If Defendant does not consent to a hearing by electronic means, the Court will schedule an in-person hearing at some point in the future when it can be held without jeopardizing the health and safety of all participants.

The Clerk of Court shall attach to this Order the undersigned's form for Defendant's Statement Regarding Appearance By Electronic Means.  Defense counsel shall explain this Order and the form to Defendant, and counsel shall file the executed form on the docket within

seven days of this Order, or as soon in advance of the hearing as reasonably possible if scheduled to occur in less than seven days. Because of health and safety concerns, the form may contain electronic signatures or counsel may sign on behalf of Defendant with express consent.

If any party intends to call a witness during a hearing held by electronic means, counsel must make arrangements for the witness to attend by electronic means. Should a party require the subpoena power of the Court to secure a witness's attendance, counsel must notify the undersigned's Courtroom Deputy Clerk, Courtnay Capps, by email to Courtnay_Capps@gas.uscourts.gov, at least three days before the hearing. Counsel must mark exhibits and email them to Mrs. Capps at least twenty-four hours before the hearing. The Court will email counsel instructions for all participants to dial into the hearing.

The Court appreciates the cooperation of counsel and all involved parties as we strive to administer speedy and effective justice while safeguarding the health and safety of all participants.

SO ORDERED this 29th day of April, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          MJ 120-019
                                  )
OLUDARE OLUWABUSI                 )

_____

**DEFENDANT'S STATEMENT REGARDING
APPEARANCE VIA ELECTRONIC MEANS**

_____

I understand that, due to the national emergency caused by global spread of the coronavirus disease 2019 (COVID-19), the Court has determined proceedings must be conducted electronically by video conference or telephone conference to protect the health and safety of all participants and the public.

I understand my right to appear in person before the Court, and I understand the Court will not conduct proceedings electronically unless I consent.

I understand that, if I do not consent to appearing by electronic means, the Court will not schedule an in-person hearing until it can be conducted without jeopardizing the health and safety of all participants.

I understand my right to refuse consent and insist the hearing be held in person, and I understand the Court will not hold my decision to refuse consent against me.

I make the following election:

☐       I hereby consent to the Court conducting by video conference my initial appearance and advice of rights, as well as any detention hearing, and/or preliminary hearing. I waive the right to be physically present in the courtroom and consent to my appearance by video conference.  In the event video conferencing is not available or becomes unavailable during the hearing, I consent to the Court conducting the hearing by telephone conference and me appearing by telephone.

☐       I exercise my right to be physically present in the courtroom for my initial appearance and advice of rights, as well as any detention hearing, and /or preliminary hearing. I do not consent to appearing by electronic means and understand the Court will not schedule the hearing until it can be conducted in person without jeopardizing the health and safety of all participants.

Signed this _____ day of _____, 2020.


_____

Defendant


_____

Counsel for Defendant


2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

## CLERK'S MINUTES

CASE NO.: 1:20mj019          DATE: April 29, 2020

UNITED STATES OF AMERICA       TIMES: 11:49 - 12:13

V.

  Oludare Oluwabusi

**Honorable:** Brian K. Epps, United States Magistrate Judge **Courtroom Deputy:** Courtnay J. Capps

**Court Reporter:** FTR            **Law Clerk/Interpreter:**

**Probation Officer:** Enoch Eller        **Security:**

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** ---------

## PROCEEDINGS: INITIAL APPEARANCE/COMPLAINT BY ELECTROINIC MEANS

- [✓] All parties present and ready to proceed
- [✓] Court finds defendant competent to proceed
- [✓] Defendant advised of rights
- [✓] Defendant advised of charges/allegations in Affidavit
- [✓] Defendant advised of right to preliminary hearing
- [ ] Defendant waives preliminary hearing
- [ ] Preliminary Hearing scheduled for:
- [✓] Government moves for detention
- [ ] Detention Hearing scheduled for:
- [ ] Detention Hearing held

Witness for the Govt:                    [ ] Witness sworn

Witness for the Deft:                     [ ] Witness sworn

- [ ] Defendant Detained Pending Detention Hearing
- [ ] Defendant Detained Pending Trial.
- [✓] Defendant remanded to custody of US Marshal

Notes: Defendant consents to appear via electronic means.
       Defendant requests court appointed counsel and will complete and return to the Court the necessary document.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MJ 120-019 |
| | ) | |
| OLUDARE OLUWABUSI | ) | |

### DEFENDANT'S STATEMENT REGARDING
### APPEARANCE VIA ELECTRONIC MEANS

I understand that, due to the national emergency caused by global spread of the coronavirus disease 2019 (COVID-19), the Court has determined proceedings must be conducted electronically by video conference or telephone conference to protect the health and safety of all participants and the public.

I understand my right to appear in person before the Court, and I understand the Court will not conduct proceedings electronically unless I consent.

I understand that, if I do not consent to appearing by electronic means, the Court will not schedule an in-person hearing until it can be conducted without jeopardizing the health and safety of all participants.

I understand my right to refuse consent and insist the hearing be held in person, and I understand the Court will not hold my decision to refuse consent against me.

I make the following election:

☒    I hereby consent to the Court conducting by video conference my initial appearance and advice of rights, as well as any detention hearing, and/or preliminary hearing. I waive the right to be physically present in the courtroom and consent to my appearance by video conference. In the event video conferencing is not available or becomes unavailable during the hearing, I consent to the Court conducting the hearing by telephone conference and me appearing by telephone.

☐    I exercise my right to be physically present in the courtroom for my initial appearance and advice of rights, as well as any detention hearing, and /or preliminary hearing. I do not consent to appearing by electronic means and understand the Court will not schedule the hearing until it can be conducted in person without jeopardizing the health and safety of all participants.

Signed this ___29___ day of ___April___, 2020.

___Oludare___
Defendant

_____
Counsel for Defendant

2

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Tara M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Magistrate
Judge Brian K. Epps (efile_bke@gas.uscourts.gov)
--Non Case Participants: U.S. Probation Office (chris_ingalls@gas.uscourts.gov,
david_paga@gas.uscourts.gov, marty_bragg@gas.uscourts.gov,
suzanne_mingledorff@gas.uscourts.gov)
--No Notice Sent:

Message-Id:3411878@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi
```
Content−Type: text/html

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/1/2020 at 1:35 PM EDT and filed on 5/1/2020

| | |
|---|---|
| **Case Name:** | USA v. Oluwabusi |
| **Case Number:** | 1:20−mj−00019−BKE |
| **Filer:** | |
| **Document Number:** | 8(No document attached) |

**Docket Text:**
 NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Ex Parte Hearing set for 5/4/2020 at 11:30 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. (cjc)

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Tara M. Lyons    tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov, sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Tara M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Magistrate
Judge Brian K. Epps (efile_bke@gas.uscourts.gov)
--Non Case Participants: U.S. Probation Office (chris_ingalls@gas.uscourts.gov,
david_paga@gas.uscourts.gov, marty_bragg@gas.uscourts.gov,
suzanne_mingledorff@gas.uscourts.gov)
--No Notice Sent:

Message-Id:3412469@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi
```
Content−Type: text/html

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/4/2020 at 11:37 AM EDT and filed on 5/4/2020

| | |
|---|---|
| **Case Name:** | USA v. Oluwabusi |
| **Case Number:** | <u>1:20−mj−00019−BKE</u> |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Status Conference set for 5/4/2020 11:30 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234(cjc)**

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Tara M. Lyons     tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov, sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 1:20mj019                                **DATE:** May 4, 2020

**UNITED STATES OF AMERICA**                     **TIMES:** 11:42 - 11:53

**V.**

Oludare Oluwabusi

---

**Honorable:** Brian K. Epps, United States Magistrate Judge        **Courtroom Deputy:** Courtnay J. Capps

**Court Reporter:** FTR                                            **Law Clerk:**

**Probation Officer:** Enoch Eller                **Security:**

---

**Attorney for Government:** Tara Lyons

**Attorney for Defendant(s):** Charles Lyons

---

**PROCEEDINGS:** Status conference hearing by electronic means

☑ All parties present and ready to proceed

**Witness for the Govt:**                                  ☐ Witness sworn

**Witness for the Govt:**                                  ☐ Witness sworn

**Witness for the Govt:**                                  ☐ Witness sworn

**Witness for the Govt:**                                  ☐ Witness sworn

**Witness for the Deft:**                                  ☐ Witness sworn

**Witness for the Deft:**                                  ☐ Witness sworn

**NOTES:**

Attorney Charles Lyons has been retained to represent defendant.
Detention hearing to be scheduled for May 5, 2020. Time to be determined.

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia  ▾

| United State of America | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:20-mj-0019 |
| Oludare Oluwabusi | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oludare Oluwabusi                                                                                                              .

Date:      05/04/2020                                                   s/Charles H.S. Lyons, III
                                                                                        *Attorney's signature*

                                                                       Charles H.S. Lyons, III, GA Bar #462340
                                                                              *Printed name and bar number*
                                                                                     336 Telfair Street
                                                                                     Augusta, GA 30901


                                                                                          *Address*

                                                                         charleslyonslawoffice@comcast.net
                                                                                       *E-mail address*

                                                                                    (706) 724-6517
                                                                                    *Telephone number*

                                                                                    (706) 724-9954
                                                                                       *FAX number*

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Charles Henry S. Lyons, III (charleslyonslawoffice@comcast.net), Tara
M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov, sharon.bennett2@usdoj.gov,
supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Magistrate Judge Brian K. Epps
(efile_bke@gas.uscourts.gov)
--Non Case Participants: U.S. Probation Office (chris_ingalls@gas.uscourts.gov,
david_paga@gas.uscourts.gov, marty_bragg@gas.uscourts.gov,
suzanne_mingledorff@gas.uscourts.gov)
--No Notice Id Sent:

Message-Id:3412782@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi
```
Content−Type: text/html

### U.S. District Court

### Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/4/2020 at 3:15 PM EDT and filed on 5/4/2020

| | |
|---|---|
| **Case Name:** | USA v. Oluwabusi |
| **Case Number:** | <u>1:20−mj−00019−BKE</u> |
| **Filer:** | |
| **Document Number:** | 12(No document attached) |

**Docket Text:**
 **NOTICE OF HEARING BY ELECTRONIC MEANS as to Oludare Oluwabusi. Detention Hearing set for 5/7/2020 at 10:00 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. Counsel will receive dial in instructions by email. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234.(cjc)**

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Charles Henry S. Lyons, III    charleslyonslawoffice@comcast.net

Tara M. Lyons     tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov, sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

CR _____1:20-mj-00019_____

USA    vs.    _____OLUDARE OLUWABUSI_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

NOTICE TO RETAINED CRIMINAL DEFENSE ATTORNEYS

Retained criminal defense attorneys are expected to make financial arrangements satisfactory to themselves and sufficient to provide for representation of each defendant until the conclusion of the defendant's case. An attorney's appearance on behalf of a party constitutes an affirmative representation of the fulfillment of such expectation. Counsel's withdrawal from a pending case must be approved by a judge of this court. Once an appearance by counsel is made, the court will expect counsel to represent the defendant until the conclusion of the case. Ordinarily, a defendant's failure to pay sums owed for attorney's fees or counsel's failure to collect a sum sufficient to compensate for all services will not constitute good cause for withdrawal. Moreover, counsel are reminded of the DIRECTORY RULES of the State Bar of Georgia as a further explanation of the Canons of Ethics. [See, e.g., DR 2-110 (C)(1)(f) ]. A mere failure to pay an attorney does not amount to a client's deliberate disregard of an obligation to a lawyer as to expenses and fees.

Every defendant has a right to appeal from any conviction; therefore, a convicted defendant's case is not concluded until his direct appeal is decided. Thus, the further expectation of this court and the United States Court of Appeals for the Eleventh Circuit is that retained counsel, in making satisfactory financial arrangements, will contemplate services to be rendered upon appeal.

If a defendant moves the court to proceed on appeal in forma pauperis and/or for appointment of Criminal Justice Act appellate counsel, retained counsel will be required to disclose (1) the total amount of fees and costs paid, (2) by whom fees and costs were paid, (3) the method of any such payment, and (4) the costs actually incurred and the services actually rendered. [Note that matters involving the receipt of fees from a client are not generally privileged, United States v. Sims, 845 F.2d 1564 (11th Cir. 1988); In Re Slaughter, 694 F.2d 1258 (11th Cir. 1982); In Re Grand Jury Proceedings: United States v. Jones, 517 F.2d 666 (5th Cir. 1975). ] Unless otherwise ordered by the court, all information submitted will be viewed in camera unless otherwise ordered by the court for the purpose of deciding the defendant's in forma pauperis motion.

Except in extraordinary circumstances, this policy will be strictly applied. Any such extraordinary circumstances shall be brought to the court's attention by emergency motion for withdrawal of counsel.

COPY TO BE SERVED UPON EVERY RETAINED LAWYER; FILE A COPY AND NOTE SERVICE THEREON.

Charles Henry S. Lyons, III, Esq.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA

## NOTICE OF COUNSEL'S POST–CONVICTION OBLIGATIONS

**1. Duty of Continuing Representation on Appeal:**

<u>Retained Counsel:</u> I understand that under 11th Cir.R. 46–10(a), "[r]etained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court." *Id.*

<u>Appointed Counsel:</u> I understand that under 11th Cir.R. 46–10(c), "Counsel appointed by the trial court shall not be relieved on appeal except in the event of incompatibility between attorney and client or other serious circumstances." *Id.*

**2. Duties Regarding The Filing of Direct Appeals:**

I understand that, whether I was retained or appointed to represent my client, I am obligated to fully advise my client about his direct appeal rights including: advising him about the advantages and disadvantages of pursuing an appeal, making a reasonable effort to discover his wishes in that regard, and filing a direct appeal if he so requests, irrespective of any perceived merits of the appeal. *See Roe v. Flores–Ortega,* 528 U.S. 470, 120 S.Ct. 1029, 145 L.Ed.2d 985 (2000); *Thompson v. U.S.,* 504 F.3d 1203 (11th Cir.2007) (counsel has a constitutional duty to adequately consult with his client about an appeal if: (1) any rational defendant would want to appeal (for example, because there are nonfrivolous grounds for appeal), or (2) this particular defendant reasonably demonstrated to counsel that he is interested in appealing). Furthermore, I understand that I should not rely upon the sentencing judge's instructions alone to satisfy my duty to consult with my client, and "[s]imply asserting the view that an appeal would not be successful does not constitute 'consultation' in any meaningful sense." *Thompson,* 504 F.3d at 1207. Rather, I must fully explain to my client the appellate process, the advantages and disadvantages of taking any appeal, and the fact that I am obligated to file an appeal if that is what my client requests, regardless of my recommendation. *Id.*

**3. Duty Regarding Frivolous Appeals:**

If, after conscientious review of my client's appeal, I find that the appeal is without merit, I am aware of the option to move the appellate court for leave to withdraw from further representation of the appellant and file a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). *See, e.g., U.S. v. Dotson,* 2008 WL 1946785 (11th Cir.2008) (unpublished) (standard procedure for Anders briefs); *U.S. v. Hall,* 499 F.3d 152, 155–56 (2nd Cir.2007) (Anders brief substantive requirements).

**4. Duty to Provide Timely Notice of Decisions Impacting Client's Case:**

My duties as appellate counsel on direct appeal include my obligation to give the defendant timely notice of any court decision affecting his case. *Smith v. Ohio Dep't of Rehab., and Corr.,* 463 F.3d 426, 433 (6th Cir.2006); *see also id.* at 434 (failure of defendant's counsel to provide him with timely notice of decision of intermediate appellate court on direct appeal was constitutionally deficient performance).

**5. Suggested Filing:**

I understand that I am duty-bound to not only consult with my client following conviction and sentence, but also have him or her express, in writing, his or her decision whether or not to appeal.

**Rec'd this\_\_\_day of_____, 20\_\_\_\_.**

Sign:_____Print_____, Attorney for Defendant_____

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA

### POST–CONVICTION CONSULTATION CERTIFICATION

**TO BE COMPLETED AND FILED BY COUNSEL:**

I,_____[print name], attorney for_____[print name],

certify that I this day met with my client,_____[print name] and:

• I found him/her to be of sound mind, clear-headed, and able to comprehend all of what I advised him/her regarding his/her right to appeal from the conviction and sentence in this case.

• I have fully explained to him/her the appellate process, including that he/she

    (a) has the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if he/she is indigent, but to exercise that right he/she

    (b) must timely file a notice of appeal and

    (c) comply with all appellate form-completion and briefing obligations;

• I have advised him/her about the advantages and disadvantages of pursuing an appeal;

• I have thoroughly inquired of him/her about his/her interest in appealing his/her conviction.

It is in that light that (check one):

_____ he/she has decided to file an appeal and thus has instructed me to file it for him/her.

_____ he/she has decided not to file an appeal, and I have explained to him/her the consequences of failing to do so. Those consequences include the waiver of his/her right to complain about the process that led up to his/her conviction, including in the future, should he/she decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This____day of_____, 20__.

        Print:_____name of attorney

        Sign:_____signature of attorney

    Witnessed:

        Print:_____name of defendant

        Sign:_____signature of defendant

**TO BE COMPLETED BY THE DEFENDANT:**

I,_____[print name], certify that I this day met with my attorney,

_____[print name] and:

• I am of sound mind, clear-headed, and able to comprehend all of what my attorney has advised me about my right to appeal my conviction and sentence in this case;

• My attorney has fully explained to me the appellate process, including that I

      (a) have the right to a direct appeal to the Eleventh Circuit, with assistance of counsel, free of charge, if I am indigent, but to exercise that right I

      (b) must timely file a notice of appeal and

      (c) comply with all appellate form-completion and briefing obligations;

• My attorney has advised me about the advantages and disadvantages of pursuing an appeal;

• My attorney has thoroughly inquired of me about my interest in appealing my conviction.

It is in that light that (check one):

_____ I have decided to file an appeal and thus have instructed my attorney to file it for me.

_____ I have decided not to file an appeal, and my attorney has explained to me the consequences of failing to do so. Those consequences include the waiver of my right to complain about the process that led up to my conviction, including in the future, should I decide to seek any form of habeas corpus, 28 U.S.C. § 2255, or other judicial relief from the conviction.

This___day of_____, 20__.

      Print:_____name of attorney

      Sign:_____signature of attorney

      Witnessed:

      Print:_____name of defendant

      Sign:_____signature of defendant

**FILING:** Counsel must file this form in the trial-court record of the defendant's case within ten business days following its completion. Attach this as the second page of a document bearing the caption of your client's case with this title: "POST–CONVICTION CONSULTATION CERTIFICATION."

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA    *

                               *

VS.                            *       Criminal No. 1:20-mj-0019

                               *

OLUDARE OLUWABUSI     *

      DEFENDANT        *

                               *

## DEFENDANT'S MOTION TO CONTINUE AND RESET HEARING

The Defendant, Oludare Oluwabusi, by and through his undersigned attorney, does hereby respectfully moves this Honorable Court to continue his Detention Hearing from May 7, 2020, to Thursday, May 14, 2020. The instant Motion is not filed for the purpose of delay and will not unduly prolong the proceedings in this matter. For the reasons set forth in this Motion, the Defendant moves through counsel and states that for good cause the following reasons for this Motion:

1.

On May 4, 2020, the Defendant, through his counsel, scheduled a Detention Hearing on his behalf for May 7, 2020.

2.

The Defendant is incarcerated in the Lincoln County Georgia Detention Center. The Defendant's attorney has been unable to prepare for the Defendant's hearing for several reasons. The Defendant's attorney's mother was hospitalized on Sunday, May 3, 2020. Defendant's attorney's mother was released from the hospital on May 5, 2020.

4.

Defendant's attorney attempted to communicate with him by telephone on May 5, 2020. The telephone system at the Lincoln County Detention Center was malfunctioning and the Defendant and his attorney were unable to communicate effectively. Defendant's attorney was told by Detention Center personnel to call back the next morning.

5.

The Defendant's attorney was unable to gather any information from the Defendant regarding any potential witnesses he may use at his Detention Center. The Defendant and his attorney were able to speak for about 35 minutes but there was a great deal of static and interference on the call.

6.

The Defendant is originally form Nigeria and has a distinct accent. Although it appears that the Defendant understands his attorney, it takes some time for the Defendant's attorney to understand the Defendant.

7.

The Defendant does not object to his Detention Hearing being continued and reset by the Court.

WHEREFORE, Defendant moves this Court to reschedule his Detention Hearing to May 14, 2020.

This 6th day of May 2020.

Respectfully Submitted,

s/Charles H.S. Lyons, III
Charles H.S. Lyons, III
Georgia Bar Number 462340
Attorney for Defendant

336 Telfair Street
Augusta, Georgia 30901
706-724-6517
706-724-9954-fax
charleslyonslawoffice@comcast.net

## CERTIFICATE OF SERVICE

This is to certify that I, Charles H.S. Lyons, III, have this day served all parties through their respective counsel in accordance with the notice of electronic filing by filing the foregoing pleading electronically with the Court.

This 7th day of May 2020.

Respectfully Submitted,

s/Charles H.S. Lyons, III
Charles H.S. Lyons, III
Georgia Bar Number 452340
Counsel for Defendant

336 Telfair Street
Augusta, Georgia 30901
706-724-6517
706-724-9954-fax
charleslyonslawoffice@comcast.net

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Tara M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Charles Henry
S. Lyons, III (charleslyonslawoffice@comcast.net), Magistrate Judge Brian K. Epps
(efile_bke@gas.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:3413897@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi Motions Referred
```
Content−Type: text/html

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/6/2020 at 1:12 PM EDT and filed on 5/6/2020

| | |
|---|---|
| **Case Name:** | USA v. Oluwabusi |
| **Case Number:** | 1:20−mj−00019−BKE |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **MOTION as to Oludare Oluwabusi REFERRED to Magistrate Judge: [18] MOTION to Continue *Detention Hearing*. (jlh)**

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Charles Henry S. Lyons, III     charleslyonslawoffice@comcast.net

Tara M. Lyons     tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Tara M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Charles Henry
S. Lyons, III (charleslyonslawoffice@comcast.net), Magistrate Judge Brian K. Epps
(efile_bke@gas.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:3413951@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi Order on Motion to Continue
```
Content−Type: text/html

## U.S. District Court

## Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/6/2020 at 2:24 PM EDT and filed on 5/6/2020

**Case Name:**      USA v. Oluwabusi

**Case Number:**    1:20−mj−00019−BKE

**Filer:**

**Document Number:** 19(No document attached)

**Docket Text:**
 **TEXT ORDER: For good cause shown, the Court GRANTS Defendant's [18] Motion to Continue and Reset Hearing. The detention hearing shall occur on May 15, 2020 at 10:00 a.m. Signed by Magistrate Judge Brian K. Epps on 5/6/2020. (cjc)**

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Charles Henry S. Lyons, III     charleslyonslawoffice@comcast.net

Tara M. Lyons     tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov,
sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

```
MIME-Version:1.0
From:efile_support@gas.uscourts.gov
To:efile_information@gas.uscourts.gov
Bcc:
--Case Participants: Charles Henry S. Lyons, III (charleslyonslawoffice@comcast.net), Tara
M. Lyons (caseview.ecf@usdoj.gov, lisa.simmons2@usdoj.gov, sharon.bennett2@usdoj.gov,
supora.hargon@usdoj.gov, tara.lyons@usdoj.gov), Magistrate Judge Brian K. Epps
(efile_bke@gas.uscourts.gov)
--Non Case Participants: U.S. Probation Office (chris_ingalls@gas.uscourts.gov,
david_paga@gas.uscourts.gov, marty_bragg@gas.uscourts.gov,
suzanne_mingledorff@gas.uscourts.gov)
--No Notice Sent:

Message-Id:3414176@gas.uscourts.gov
Subject:Activity in Case 1:20-mj-00019-BKE USA v. Oluwabusi Set/Reset Hearings
Content−Type: text/html
```

### U.S. District Court

### Southern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 5/7/2020 at 7:43 AM EDT and filed on 5/7/2020

**Case Name:**      USA v. Oluwabusi

**Case Number:**    <u>1:20−mj−00019−BKE</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Set/Reset Hearings as to Oludare Oluwabusi: Detention Hearing by electronic means originally set for 5/7/2020 at 10:00 AM has been RESCHEDULED for 5/15/2020 at 10:00 AM in AUG−MagVTC before Magistrate Judge Brian K. Epps. Counsel will receive dial in instructions by email. For public access to this hearing, please dial 888−273−3658, enter the call access code: 3971357 and then the hearing security code: 1234. (cjc)**

**1:20−mj−00019−BKE−1 Notice has been electronically mailed to:**

Charles Henry S. Lyons, III    charleslyonslawoffice@comcast.net

Tara M. Lyons    tara.lyons@usdoj.gov, CaseView.ECF@usdoj.gov, lisa.simmons2@usdoj.gov, sharon.bennett2@usdoj.gov, supora.hargon@usdoj.gov

**1:20−mj−00019−BKE−1 Notice has been delivered via US Postal Service to:**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

CASE NO.: 1:20mj019                                    DATE: May 15, 2020

UNITED STATES OF AMERICA                               TIMES: 10:06 - 11:36

V.

 Oludare Oluwabusi

---

**Honorable:** Brian K. Epps, United States Magistrate Judge    **Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR                                    **Interpreter:**

**Probation Officer:** Enoch Eller          **Security:**

---

**Attorney for Government:**  Tara Lyons

**Attorney for Defendant(s):** Charles Lyons

---

**PROCEEDINGS:DETENTION HEARING  by  VIDEO  TELECONFERENCE**

[✓]    All parties present and ready to proceed

**Witness for the Govt:   Special Agent Harold Godbee (FBI)**            [✓] Witness sworn

**Witness for the Govt:**                                                [ ] Witness sworn

**Witness for the Govt:**                                                [ ] Witness sworn

**Witness for the Deft:   Mary Bryans**                                  [✓] Witness sworn

**Witness for the Deft:   Kurt Anderson**                                [✓] Witness sworn

[✓]    Defendant Detained Pending Trial

[✓]    Defendant remanded to custody of USMS

[ ]    Defendant granted bond:


Notes:
Defendant waives preliminary hearing.

GAS 187(Rev. 9/03) Exhibit and Witness List

# United States District Court
## *Southern District of Georgia*

United States of America

Oludare Oluwabusi

V.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:20mj00019

| | | | | | |
|---|---|---|---|---|---|
| **PRESIDING JUDGE**<br>Honorable Magistrate Judge Brian K. Epps | | **PLAINTIFF'S ATTORNEY**<br>Tara Lyons, AUSA | | **DEFENDANT'S ATTORNEY**<br>Charles Lyons | |
| **TRIAL DATE(S)**<br>Friday, May 15, 2020 | | **COURT REPORTER**<br>FTR | | **COURTROOM DEPUTY**<br>Courtnay Capps | |

| PLF.<br>NO. | DEF.<br>NO. | DATE.<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/15/2020 | X | X | Witness: Special Agent Harold Godbee, FBI |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

GAS 187(Rev. 07/08) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

USA

V.

Oludare Oluwabusi

### EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:20mj00019

| PRESIDING JUDGE | | | | | |
|---|---|---|---|---|---|
| U.S. Magistrate Judge Brian K. Epps | | | PLAINTIFF'S ATTORNEY Tara M. Lyons, AUSA | | DEFENDANT'S ATTORNEY Charles H.S. Lyons, III |

| DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| May 15, 2020 | FTR | Courtnay Capps |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 5/15/2020 | X | X | Witness - Mary Bryans |
| | 2 | 5/15/2020 | X | X | Witness - Kurt Anderson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

     v.

OLUDARE OLUWABUSI

**ORDER OF DETENTION
PENDING TRIAL**

CASE NO.: 120MJ019

       In accordance with the Bail Reform Act, 18 U.S.C. §3142(f) a detention hearing has been held.

## Part I - Findings of Fact

**A.     Rebuttable Presumption Cases**

☐    (1) This is a **rebuttable presumption case** because there is probable cause to believe that the defendant has committed an offense enumerated in 18 U.S.C. § 3142(e)(3), **and**

☐    (2) Defendant has **not rebutted** the presumption that no condition or combination of conditions will reasonably assure the safety of another person or the community and/or no condition or combination of conditions will reasonably assure the appearance of the defendant as required

**B.     Non-Rebuttable Presumption Cases**

☑    (1) This is **not a rebuttable presumption case;** however, the case is eligible for a detention hearing under 18 U.S.C. § 3142(f)(1); and

(2) There is a serious risk that

    ☐    (a)    The defendant will not appear, and/or
    ☑    (b)    The defendant will endanger the safety of another person or the community.

## Part II - Written Statement of Reasons for Detention

I find that the information submitted at the hearing establishes:

☐ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of the defendant as required; and/or

☑ by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community

> While Defendant has no criminal history, the Court finds him to be an unacceptable risk of danger to the community in light of the following: (1) the strength of the evidence, including child pornography found on his electronic devices and Defendant's admission he downloaded child pornography, (2) the graphic nature of the images, and (3) the inability of the Court to impose release conditions sufficient to ensure a person allegedly possessing such disturbing images of children will not act on those urges in a physical manner with children while awaiting trial.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for transport to the charging district and confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 15th day of May, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA      )
                                       )
         v.                         )             MJ 120-019
                                         )
OLUDARE OLUWABUSI            )

———————

**O R D E R**

———————

At the detention hearing held May 15, 2020, Defendant, voluntarily, and with assistance of counsel, waived his right to a preliminary hearing on the complaint. Therefore, I find probable cause to have this matter considered by the Grand Jury at its next regularly scheduled session.

SO ORDERED this 19th day of May, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA